# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5177
_____

JULIE ANN NELLIGAN,

Appellant,

v.

RAYMOND BERNARD JUNK, III,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

July 19, 2018

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christie L. Guerrero, Jacksonville, for Appellant.

Eric J. Friday of Kingry & Friday, Jacksonville, for Appellee.